ANN H. MCGLENON
Cal.Bar 100433
McGlenon Law Office
2401 44th Ave.
Unit 6
San Francisco CA 94116
(415) 680-7946

Attorney for KAMERON REID

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 4:22cr0142 |
| Plaintiff, | SENTENCING MEMORANDUM |
| v. | |
| KAMERON PATRICIA REID, | |
| Defendant. | |

The prosecution provided a plea offer to Kameron Reid, which she accepted. Ms. Reid entered a plea in open court on June 10, 2022. After court, Ms. Reid went for a drug test ordered by pre-trial services. She tested dirty for opiates. The court ordered Ms. Reid into custody pursuant to a stipulation of the parties. Ms. Reid has been in 23 hour lockdown at Santa Rita since then.

The presentence report is thorough and accurate. Yesterday at 5:31 p.m. the prosecutor requested that three sisters, a brother, and the father of the deceased's child be permitted to address the court. Under 18 USC §3771 (d)(2) this court may fashion a reasonable procedure that does not unduly complicate or prolong the proceedings.

SENTENCING MEMO
4:22cr0142

It is clear that Ms. Reid is not the source of the problems at Santa Rita Jail. According to news sources, at least 58 people have died at the jail since 2014.[1] Both Wellpath and Sheriff Ahern state that any in-custody deaths are too many, but it does not appear that anyone else has been prosecuted for any deaths, other than Ms. Reid.[2] As this court is aware, the jail is being monitored by this federal court. The family has filed a lawsuit against the jail and the county based on the death.

Ms. Reid agreed to the entry of the plea even though she cannot withdraw the plea and the government can. She used drugs before her change of plea due to her guilt, remorse and anxiety, even though she knew that could result in her re-incarceration at Santa Rita. She agreed to a significant sentence and chose not to dispute any matters pre-trial. She did so, because she agrees that the result was tragic. Ms. Reid agreed to the term in the plea agreement, without resorting to hyperbole, there is no reason to exceed the low end. When reviewing the sentencing factors:

1) Ms. Reid is an addict;

2) The sentence imposed will be the only sentence imposed on anyone for death at Santa Rita;

3) The sentence will serve as a deterrent to other inmates who are selling drugs in the jail;

---

[1] See, e.g. https//www.ktvu.com May 24, 2022; "58 people have died at Santa Rita Jail since 2014; interfaith group demands change".

[2] See, e.g. Lakshmi Sarah, Matthew Green, KQED June 30, 2022, "Grand Jury: Major Health and Safety Violations at Santa Rita Jail Require 'Urgent Attention'".

SENTENCING MEMO
4:22cr0142

4) The probation office has indicated disparities;

5) Ms. Reid will not be out of prison to provide restitution;

## CONCLUSION

Kameron Reid entered a guilty plea and agreed that an 84 to 96 month sentence was reasonable. She accepted responsibility. She hopes to be sentenced to prison at Dublin, California, and hopes to be transferred from Santa Rita to Dublin as soon after sentencing as possible.

Dated: October 21, 2022                                        /s/Ann H. McGlenon

ANN H MCGLENON

Attorney for Defendant
KAMERON REID

SENTENCING MEMO
4:22cr0142